# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JOHN LEMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 11-0273-CV-W-FJG |
| UNKNOWN COMPUTER HACKERS, et. al, | ) ) ) |
| Defendants. | ) |

# ORDER

On March 30, 2011, the Court provisionally denied plaintiff's Motion to Proceed in forma pauperis and for appointment of counsel, because it was unclear exactly what kinds of claims plaintiff was alleging. The Court issued an Order directing plaintiff to file an Amended Complaint which set forth in greater detail the particulars of the alleged incidents, which defendants were involved and when the events were alleged to have occurred. Plaintiff was to file this information with the Court on or before April 18, 2011. To date, the plaintiff has not filed an Amended Complaint nor has he requested an extension of time to do so.

Accordingly, plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.


Date: 5/3/2011
Kansas City, Missouri

**S/ FERNANDO J. GAITAN**, **JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge